UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robin Lynn Arvizu,

         Plaintiff,

    v.

Commissioner Of Social Security,

         Defendants.

No.  1:26-cv-2554-GSA

ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF THE MOTION FOR SUMMARY JUDGMENT DEADLINE

        The parties stipulate to a 58-day extension of Plaintiff's June 29, 2026 deadline to file a motion for summary judgment due to conflicting deadlines in other cases.  The scheduling order and Local Rule 144(d) both state that a request for a modification brought on the filing deadline will be looked upon with disfavor.  ECF No. 3 at 3.

        Although competing deadlines can certainly constitute a valid basis for the grant of an extension of time, a 58-day extension at this juncture seems unduly long, a more reasonable extension at this time is 30 days leaving open another extension should it be requested and good cause shown.

        Thus, Plaintiff's deadline to file a motion for summary judgment is extended 30 days to and including July 31, 2026.

IT IS SO ORDERED.

Dated:    **July 1, 2026**                              **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE