UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robin Lynn Arvizu,

Plaintiff,

v.

Commissioner Of Social Security,

Defendants.

No. 1:26-cv-2554-GSA

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR A BRIEFING EXTENSION

(ECF No. 9)

The parties stipulate to an extension of time for Plaintiff to file the motion for summary judgment due to counsel's brief leave of absence and 20 competing briefing deadlines in July.

The unopposed motion here specifies a new deadline of August 27, 2026, but the proposed order specifies September 14, 2026.

In either case, a 21-day extension is more reasonable here given Plaintiff was previously granted a 30-day extension.

Accordingly, Plaintiff's deadline to file a motion for summary judgment is extended 21 days to and including August 21, 2026.

IT IS SO ORDERED.

Dated: **August 3, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE