UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robin Lynn Arvizu,

Plaintiff,

v.

Commissioner Of Social Security,

Defendants.

No. 1:26-cv-2554-GSA

ORDER DIRECTING FILING OF THE FORM OF CONSENT OR DECLINE OF MAGISTRATE JUDGE JURISDICTION

One of the parties has not filed the form of consent/decline of Magistrate Judge jurisdiction as directed by the Scheduling Order. (ECF No. 3-2). Accordingly, that party is directed to file the form within 10 days of the entry of this order.

IT IS SO ORDERED.

Dated: **August 3, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE