UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robin Lynn Arvizu,

Plaintiff,

v.

Commissioner Of Social Security,

Defendants.

No. 1:26-cv-2554-GSA

ORDER GRANTING PLAINTIFF'S BRIEFING EXTENSION

As stipulated, Plaintiff is now granted a third extension of time to file her motion for summary judgment, Plaintiff shall serve her brief on or before September 8, 2026.

The parties are reminded to file their consent/decline forms if they have not already done so.

IT IS SO ORDERED.

Dated: **August 24, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE