ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
Program Litigation 1 | Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4822
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ROBIN LYNN ARVIZU

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY

Defendant.

Case No.: 1:26-cv-02554-GSA

STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision. The

parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: October 6, 2026

*/s/ Nikhil Shreeham Agharkar* *
NIKHIL SHREEHAM AGHARKAR
Attorney for Plaintiff
(* approved via email on 10/6/26)

ERIC GRANT
United States Attorney

DATE: October 6, 2026

By *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **October 7, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE